UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLUMBUS CHRIS WILLIAMS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12929** |
| **TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL.** | **SECTION "I"(2)** |

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by Columbus Chris Williams and Mildred Parker Williams is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 10th day of December, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE